## Exhibit 1

### Religious Services Program Schedule / Horario de Programa de los Servicos Religioso
### October, November, December 2013 / Octubre, Noviembre, Diciembre 2013

**Sunday/Domingo (Kowalczyk - 12:00-8:30 pm, Myers - 7:00 am-5:00 pm; Williams – 12:00-8:30 pm; Haverly - Off)**

| Time | Service | Location |
|---|---|---|
| 12:00-1:30 pm | Spanish Protestant Worship / Protestante en Espanol | Large Chapel (V) |
| 1:30-3:00 pm | Christian Worship Service / Servicio de Cristiana | Large Chapel |
| 3:00-5:00 pm | Chapel Administrative Time / SHU Rounds | |
| 6:00-8:00 pm | Chapel Library Time / Biblioteca de Capilla | Round Chapel |
| 6:00-8:00 pm | Hindu Worship Service / Servicio de Hindu | Classroom 1 |
| 6:00-8:00 pm | Mormon Worship Service / Servicio de Mormon | Classroom 2 (V) |

**Monday/Lunes (Kowalczyk - 12:00-8:30 pm; Haverly - 8:00-4:00 pm, Myers/Williams - Off)**

| Time | Service | Location |
|---|---|---|
| 12:00-1:30 pm | Muslim Taleem / Estudio de Musulman | Round Chapel |
| 12:00-1:30 pm | Hindu Study / Estudio de Hindu | Classroom 1 |
| 1:30-3:00 pm | Native American Study / Estudio de Indio Indigena | Round Chapel (V) |
| 6:00-8:00 pm | FAITH: Fundamentals of Belief | Large Chapel (V) |
| 6:00-8:00 pm | Jehovah's Witness Service / Servicio de Testigos de Jehova | Round Chapel (V) |
| 6:00-8:00 pm | Buddhist Study / Estudio de Budista | Classroom 1 (V) |
| 6:00-8:00 pm | Nation of Islam Study / Estudio de NOI | Classroom 2 |

**Tuesday/Martes (Kowalczyk, Haverly – 7:30-4:00 pm, Myers/Williams - Off)**

| Time | Service | Location |
|---|---|---|
| 9:00-10:30 am | FAITH: Marriage Enhancement Training | Round Chapel |
| 12:00-3:00 pm | Threshold – Faith Based Program | Round Chapel |
| 1:30-3:00 pm | Native American Church / Iglesia de Indio Indigena | Outdoor Worship Area |

**Wednesday/Miercoles (Kowalczyk, Williams, Haverly - 7:30-4:00 pm, Myers - Off)**

| Time | Service | Location |
|---|---|---|
| 9:00-10:30 am | Jehovah Witness Study / Estudio de Testigos de Jehova | Round Chapel (V) |
| 12:00-3:00 pm | Druid Worship / Servicio de Pagano | Outdoor Worship Area |
| 12:00-1:30 pm | Catholic Study / Estudio de Catolico | Round Chapel |
| 1:30-3:00 pm | Chapel Library Time / Biblioteca de Capilla | Round Chapel |
| 1:30-3:00 pm | Sikh Worship Service / Servicio de Sikh | Classroom 1 |
| 1:30-3:00 pm | Mormon Study / Estudio de Mormon | Classroom 2 |

**Thursday/Jueves (Kowalczyk, Williams, Haverly - 7:30-4:00 pm, Myers - 10:00 am-8:00 pm)**

| Time | Service | Location |
|---|---|---|
| 10:30 am - 3:00 pm | Native American Sweat / Servicio de Indio Indigena | Outdoor Worship Area |
| 12:00-1:30 pm | Spanish Bible Study / Estudio de Bible-Español | Large Chapel |
| 12:00-1:30 pm | Druid Study / Estudio de Druid | Round Chapel |
| 1:30-3:00 pm | Chapel Administrative Time / SHU Rounds | |
| 6:00-8:00 pm | FAITH: Prison Restoration Ministry | Large Chapel |
| 6:00-8:00 pm | Santeria Worship Service / Servicio de Santeria | Round Chapel |
| 6:00-8:00 pm | Native American (Hawaiin) Study / Estudio de Hawaiian | Classroom 1 |
| 6:00-8:00 pm | Sikh Study / Estudio de Sikh | Classroom 2 |

**Friday/Viernes (Kowalczyk - Off; Myers - 10:00 am-8:00 pm; Williams – 12:00-8:30 pm; Haverly - 8:00-4:00 pm)**

| Time | Service | Location |
|---|---|---|
| 12:00-1:30 pm | Muslim Jumah Prayer / Musulman Oracion de Juma | Large Chapel |
| 12:00-1:30 pm | Nation of Islam / NOI Oracion de Juma | Round Chapel |
| 1:30-3:00 pm | Odinist/Asatru Study / Estudio de Odin/Asatru | Round Chapel |
| 1:30-3:00 pm | Rastafarian Study / Estudio de Rasta | Classroom 1 |
| 5:00-7:00 pm | Jewish Sabbath / Sabbat de Judio | Classroom 2 |
| 6:00-8:00 pm | FAITH: Full Gospel Businessmen Services | Large Chapel (V) |
| 6:00-8:00 pm | Moorish Science Temple / Servicio de Moores | Round Chapel |
| 6:00-8:00 pm | 7th Day Adventist Worship Service / Estudio de Adventist | Classroom 1 (V) |

**Saturday/Sabado (Kowalczyk, Haverly - Off; Myers - 7:00 am-5:00 pm; Williams 7:30 am-4:00 pm)**

| Time | Service | Location |
|---|---|---|
| 8:00 am - 3:00 pm | Designated Special Programming / Programacio Especial | Large Chapel |
| 8:00 am - 9:30 pm | Chapel Library Time / Biblioteca de Capilla | Round Chapel |
| 12:00-1:30 pm | Catholic Mass / Misa de Catolico | Round Chapel (V) |
| 12:00-1:30 pm | Rastafarian Worship / Servicio de Rasta | Classroom 1 |
| 12:00-1:30 pm | Jehovah's Witness Spanish Study / Estudio de Testigos de Jehova | Classroom 2 (V) |
| 12:00-3:00 pm | Odinist/Asatru Worship / Servicio de Odin/Asatru | Outdoor Worship Area |
| 1:30-3:00 pm | 7th Day Adventist Study / Servicio de Adventist | Classroom 1 (V) |
| 1:30-3:00 pm | Buddhist Worship Service / Servicio de Budista | Classroom 2 |

If your stated religious preference is not represented on the posted Chapel schedule please make arrangements to speak with the Chaplain. Este horario esta sujeto a cambios de acuerdo a las necesidades de la institución.    V - Denotes Volunteer.

Approved: _____    Approved: _____
R. Kowalczyk, Supervisory Chaplain               T. Jacquez, AW(P)

44- VERIFIED COMPLAINT