**Exhibit 2**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                      FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| Chaplain Richter | 6/28/2012 |
| FROM: Jason Holden | REGISTER NO.: 34169-086 |
| WORK ASSIGNMENT: UNICOR | UNIT: 4A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

On June 11, 2012 you met with Roy Rudy and myself to inform us about the Religious Issues Committee (RIC) denial of our request for equal time for atheists. The R.I.C. encouraged us to inquire with the Education Department for our purposes.

Would you please provide for me a brief written record of our meeting and the fact that R.I.C. told us to go through the Education Department.

I need this for my proposal to education.

Thank you,
Jason M Holden

(Do not write below this line)

DISPOSITION:
Chapel programing is limited to religious programs. Programs that are moralistic/philosophical in nature might be conducted in education department. Contact Education department and see if you might be able to set something up there.

Rec'd 7-10-12 9am

Signature Staff Member                    Date 7-8-12

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)       This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

45- VERIFIED COMPLAINT