**Exhibit 4**

```
BP-A148.055                                    U.S. DEPARTMENT OF JUSTICE
SEP 98                                         FEDERAL BUREAU OF PRISONS
INMATE REQUEST TO STAFF
```

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| Ms. Cain, Supervisor of Education | July 13, 2012 |
| FROM: Jason Holden | REGISTER NO.: 34169-086 |
| WORK ASSIGNMENT: UNICOR | UNIT: 4-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am interested in starting a Humanist group. I first inquired with religious services and they suggested I try education.
Can we set up a time to meet so we can discuss the goals and objectives of this Humanist group?
Thank you.

Attached, is a copy of the suggestion from Chaplain Richter, also a basic history and description, and Humanist Manifesto III.

(Do not write below this line)

DISPOSITION:

I would want to see an outline and curriculum before even considering a class. Education can't support groups either for or against theism. Please come and see me in education for further discussion.

Signature Staff Member: S Cain    Date: 8/17/12

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        SECTION 6

pg 5

47- VERIFIED COMPLAINT