## Exhibit 5

```
BP-A148.055                                    U.S. DEPARTMENT OF JUSTICE
SEP 98                                         FEDERAL BUREAU OF PRISONS
INMATE REQUEST TO STAFF
```

| TO: (Name and Title of Staff Member) | DATE: |
| --- | --- |
| WARDEN FEATHER | 7/18/2012 |
| FROM: | REGISTER NO.: |
| JASON HOLDEN | 34169-086 |
| WORK ASSIGNMENT: | UNIT: |
| UNICOR | 4A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to establish an Inmate Organization called "Humanists of Sheridan" which would be an affiliate of the American Humanist Association. The purpose of humanism is to affirm our ability and responsibility to lead ethical lives of personal fulfillment that aspire to the greater good of humanity without supernaturalism. The organization's objectives are the promotion of humanist values & practices. The philosophy of humanism seeks to develop the idea that each person has worth and dignity so that differences matter less and less. American Humanists care about protecting the natural environment, leading ethical lives, and promoting the aspirations of American Humanism.

Constitution & Bylaws attached

(Do not write below this line)

DISPOSITION:

Signature Staff Member          Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)      This form replaces BP-148.070 dated Oct 86
                                          and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    SECTION 6

48- VERIFIED COMPLAINT

Humanists of Sheridan
Constitution and Bylaws

1. Purpose and Objectives

    To establish "Humanists of Sheridan", an affiliate of the American Humanist Association, as an Inmate Organization in order to provide opportunities for development and maturation of participating inmates.
    The objectives of Humanists of Sheridan are to foster personal growth and responsibility; to develop the idea that each person has inherent worth and dignity; to promote the ability to live ethical lives; and to encourage civic participation and community involvement.
    Through promoting the aspirations of humanism, inmates will demonstrate improved societal adjustment and reduced recidivism rates. American Humanist Association chapters and affiliates in the community at the inmates' release destinations will be asked to volunteer as support organizations for inmate members upon release.

2. Organizational Officer

    In accordance with BOP Program Statement 5381.05 § 10.2 an officer of the Humanists of Sheridan will be appointed by the members. The Officer's responsibilities are to maintain current organizational records including:
    (a) constitution and bylaws,
    (b) quarterly summaries of activities,
    (c) operational reviews,
    (d) submissions of requests for activities to the Warden,
    (e) copies of requests for organization activities.

3. Quarterly Summary of Activities

    A quarterly summary of Humanists of Sheridan's activities is required for each period. These statements must be prepared to reflect the distinct activity and/or project.
    An officer of Humanists of Sheridan must submit a written request for approval of an activity to the Warden or designee. Activities include but are not limited to, meetings, guest speakers, sports competitions, banquets, or community programs. Activities may not include fund-raising projects.
    The request must specifically include:
    (1) Name of the organization (Humanists of Sheridan);
    (2) Nature or purpose of the activity;
    (3) Date, time, and estimated duration of the activity;
    (4) Estimated cost;
    (5) Information concerning participation;
    (6) Other pertinent information requested by the Warden.

1 of 2

49- VERIFIED COMPLAINT

Humanists of Sheridan
Constitution and Bylaws

4. Operational Review

An operational review is required to be conducted at least annually, by staff other than an official of Humanists of Sheridan.

5. Requirement for Copies

The Staff Sponsor, who is assigned to Humanists of Sheridan by the Warden or designee in accordance with BOP Program Statement 5381.05 § 8, is responsible for ensuring that the quarterly summary of this organization's activities is submitted to the Inmate Organization Manager by the 15th of the month following the end of each quarter. The activities report must include any problems encountered with functions of Humanists of Sheridan and recommendations for resolution.

6. Fund-raising

As with all Inmate Organizations, Humanists of Sheridan is not allowed to conduct fund-raising activities of any type. Dues are not required by Humanists of Sheridan. Inmates that are members of the national organization may pay membership dues by using form BP-199.
Donations may also be made by use of form BP-199. No Trust Fund Profit Sharing funds may be used to make these donations.

50- VERIFIED COMPLAINT