**Exhibit 6**



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution
Sheridan, Oregon

## RESPONSE TO INMATE REQUEST TO A STAFF MEMBER

HOLDEN, Jason
Reg. No. 34169-086 (4A)
August 1, 2012

Mr. Holden:

This responds to your request dated July 18, 2012, wherein you request to establish an Inmate Organization called Humanists of Sheridan.

Please be advised, FCI Sheridan does not currently have any Inmate Organizations, nor the accompanying institution supplement for one, as we offer ample programming opportunities and programs for self-improvement. However, your interest in productive programming is appreciated.

Thank you

M. Feather
Warden

page 9

51- VERIFIED COMPLAINT