**Exhibit 7**

BP-S148.055  INMATE REQUEST TO STAFF CDFRM          COP OUT
Sep-98
U.S. DEPARTMENT OF JUSTICE                FEDERAL BUREAU OF PRISONS

| To: (Name and Title of Staff Member) | DATE: |
|---|---|
| Warden Feather | August 6, 2012 |
| FROM: | REGISTER NO: |
| Jason Holden | 34169-086 |
| WORK ASSIGNMENT: | UNIT: |
| UNICOR | 4-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Regarding denial of request to establish Humanists of Sheridan as an Inmate Organization.

Please see attached typed pages.

Thank you

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

page 10

Record Copy - File; Copy - Inmate            This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)                       and BP-S148.070 APR 94

52- VERIFIED COMPLAINT

Thank you for your response to my request to establish Humanists of Sheridan as an Inmate Organization. I would like to clarify a point about "self-improvement," and offer some background to my particular case and Humanism in general.

While there are elements of Humanism that can be called "self-improvement," Humanism's focus is less on what any one individual can do for himself and more on the cooperative effort of many individuals to effect the betterment of society. Affiliates and chapters of the American Humanist Association (AHA) encourage the social relationships necessary of this cooperative effort. Humanists can move between communities yet maintain continuity of relationships through the many affiliates and chapters of the AHA throughout the United States of America.

The prison community does not yet provide individuals the means to generate, develop, or cultivate the social ties of Humanism. We are in a quandary with regards to where Humanist individuals and Humanist groups fit in with this prison community.

The reason I submitted a request for an Inmate Organization was because Religious Services denied my request to provide equal time for Humanists. My request was denied because Humanism, according to the Religious Issues Committee (RIC), "is a philosophy, not a religion." The IRC's reasoning is fallacious: first, Religious Humanism was founded in the 1920s by John Dietrich and is still alive today in many Unitarian Universalist congregations, Ethical Culture Societies, and many affiliates and chapters of the AHA; second, Humanism deals with the same matters of ultimate concern for the individual as other religions do; and third, Secular Humanism was declared a religion in the unanimous decision of the Supreme Court delivered in Justice Black's opinion in Torcaso v. Watkins, 1961.

My opinion is that Humanism is better served under the aegis of Religious Services. However, because of the RIC's denial, the next available option that would qualify our Humanist group for the same kinds of resources as other religious groups would be the Inmate Organization provision.

I have logged a request with Ms. Cain in Education for classroom time so that Humanists have a venue to meet with each other and together learn about the aspirations and ethics of Humanism.

1 of 2 pages

We have local support of enthusiastic Humanists in the area who wish to volunteer their time and meet with Humanists in our prison community here at Sheridan.

Please reconsider my request to establish Humanists of Sheridan as an Inmate Organization. I understand the fact that Sheridan does not currently have an Institutional Supplement for Inmate Organizations, therefore I am willing to assist your appointed staff in the creation of one.

Thank you,

Jason Holden 34169-086

2 of 2 pages