**Exhibit 8**

| BP-S222.053    NEW OR UNFAMILIAR RELIGIOUS COMPONENTS QUESTIONNAIRE    CDFRM |
|---|
| U.S.04 DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS |

Inmates requesting the introduction of a new component to the Religious Service program (schedule, meeting time and space, religious items and attire) must provide the chaplain a comprehensive description of the religion or component using this form. The information provided will be considered at the institutional, regional and national levels.

Because of the necessary review at these levels, the process may require up to 120 days for completion. The committee's recommendation will be forwarded to the Warden with a copy to the Regional Director. The Warden's decision will be communicated by the institution chaplain.

The RIC request must be submitted on this form. Supplemental material may be attached, but consideration will primarily be given to the material submitted on the completed form.

| 1. | Theology and History |
|---|---|
| | A.  Basic History. Religious Humanism in America was born out of the Unitarian Universalist church around 1915. American Humanist Association founded in 1941 as religious organization. Cited as religion in 1961 supreme court ruling Torcaso v Watkins. (see attached: 1.A.) |
| | B.  Theology. Humanism claims God is important literary character and places human-kind into the throne occupied by God in theistic religions. (see attached: 1.B.) |
| 2. | Requirements for Membership |
| | A.  Requirements. For individuals to strive to become what each is capable of and to help others to do the same. |
| | B.  Total Membership. The AHA counts many thousand members. (see attached: 2.B.) |
| 3. | Religious Practices |
| | A.  Required Daily Observances. Never neglect or abuse the human body. Develop ethical excellence with regard to oneself and others. (see attached: 3.A.) |
| | B.  Required Weekly Observances. Personal growth is enhanced by community development and realization of Humanist aspirations through weekly meetings. |
| | C.  Required Occasional Observances. Humanists commemorate the major transitions in life such as birth, marriage, death, etc. |
| | D.  Religious Holy Days. Humanists celebrate the holidays of their culture consistent with their humanist beliefs. Humanists invented Darwin Day and HumanLight. (see attached: 3.D.) |
| 4. | Religious Items |
| | A.  Personal Religious Items. Humanists consider items of personal symbolic value religious items. (see attached: 4.A.) |
| | B.  Congregate Religious Items. The Humanist congregation have no shared religious items that are required to be present whence the congregation meets. |
| 5. | Medical Prohibitions |
| | There are no prohibitions for humanists in general.(see attached: 5) |

| 6. | Dietary Standards |
|---|---|
| | Humanists have no dietary requirements or restrictions. |

| 7. | Burial Rituals |
|---|---|
| | Humanists have no prescribed burial rituals. (see attached: 7) |

| 8. | Literature |
|---|---|
| | A.  Sacred Writings. Humanists view all of humankind's literature, art, and science as sacred. (see attached: 8.A.) |
| | B.  Periodicals. The Humanist is published by the American Humanist Association.(see attached: 8.B.) |
| | C.  Resource Material. Good Without God by Greg Epstein, Humanist Chaplain of Harvard University. (see attached: 8.C.) |

| 9. | Organizational Structure |
|---|---|
| | A.  Location of Headquarters. American Humanist Association, 1777 T Street, NW, Washington, DC 20009-7125 |
| | B.  Minister of Record. Arthur Jackson, Humanist Minister 3032 Warm Springs Drive, San Jose, CA 95127-1875 |
| | C.  Contact Office/Person. Sadie Leigh Rothman, Executive Assistant and Grassroots Coordinator, AHA, 1777 T Street, NW, Washington, DC 20009 |

| 10 | Equity Question |
|---|---|
| | The Code of Federal Regulations Rule §548.15, states, "no one may disparage the religious beliefs of an inmate, nor coerce or harass an inmate to change religious affiliation. Attendance at all religious activities is voluntary and unless otherwise specifically determined by the warden, open to all." Does your religion endorse, practice or use language that will support violence, terrorism, discriminate against other inmates or exclude other inmates from religious services based on race, color, religion, gender, or national origin?  Yes __X__ No ____ |

Submitted By: ___Jason M. Holden___                    _[signature]_

                Inmate's Name (Printed)                 Inmate's Signature

Register Number: ___34169-086___

Institution: ___Sheridan, FCI___

Reviewed By: _____                    _____   _____
               Chaplain                                    Warden         Date

Reviewed By: _____                    _____   _____
            Regional Chaplain                         Regional Director   Date

(This form may be replicated via WP)

56- VERIFIED COMPLAINT

New or Unfamiliar Religious Components Questionnaire

1. Theology and History
    A. Basic History

   Humanism has a long and honored tradition to which philosophers,
   poets, writers, artists, and religious prophets have all
   contributed.  That tradition started with Democritus and
   Aristotle in ancient Greece, continued with Lucretius in ancient
   Rome, was submerged during the Dark Ages, and revived by the
   Dutch philosopher, Spinoza, in the seventeenth century.  In the
   eighteenth century, philosophers of the French Enlightenment,
   among them Diderot and Voltaire, carried on the Humanist
   tradition.  Most of these thinkers have been classified as
   Naturalists, but Naturalism is practically synonymous with
   Humanism.

   During the first half of the nineteenth century, French
   sociologist Auguste Comte designed the Religion of Humanity.
   His religion edited out the absurdities of supernaturalism and
   put to use the relevant aspects of religious institutions.
   The religion called for a priesthood of philosophers, writers,
   and psychotherapists who led congregations in daily talks and
   seasonal festivals.  Cicero, Shakespeare, Galileo, Spinoza,
   and other saints of Humanity were honored and their portraits
   adorned the interiors of Humanity churches.

   Ethical Culture Societies, originally founded by Dr. Felix
   Adler in 1876, were established to assert the supreme importance
   of the ethical factor in all relations of life; personal,
   social, national and international; apart from any theological
   or metaphysical considerations.  Ethical Culturists put their
   emphasis on the welfare of makind and have followed the motto
   of "Deed, not creed."

   Around 1915, Unitarian minister John Dietrich developed a church
   community that dispensed with any notion of God and the super-
   natural.  This church celebrated and deepened human knowledge
   and ethics by means of science and the humanities.  Dietrich
   liked that the word "Humanism" echoed with connection to the
   Rennaisance Humanists in Europe, who had pushed Christianity
   away from rigid dogma about the mind of God toward an embrace
   of this life for its own sake.  And so the leader adopted
   Humanism as the name for his religion, and he preached it.

   In 1933, John Dietrich along with more than twenty additional
   clergymen, educators, and progressive intellectuals, issued
   the Humanist Manifesto as a declaration of values for those
   who were good without God.

   The American Humanist Association was founded in 1941 by some
   of the signers of the Humanist Manifesto under the leadership
   of Edwin H. Wilson, a Unitarian minister.  All those in the
   United States today who are fundamentally Humanists can unite
   for cooperation under the AHA.

                    Attachment page 1 of 6

New or Unfamiliar Religious Components Questionnaire

In 1961 the U.S. Supreme Court made official recognition of religious Humanism in the case of Roy R. Torcaso, a Humanist who was refused his commission as a Notary Public under a Maryland law requiring all public officers in the state to profess belief in God. In delivering the unanimous opinion of the Court that this statute was unconstitutional under the First Amendment, Justice Black observed: "Among religions in this country which do not teach what would generally be considered a belief in the existence of God are Buddhism, Taoism, Ethical Culture, Secular Humanism and others."

Rabbi Sherwin Wine founded the first-ever synagogue without God in 1963. His synagogue was meant to function as a community center for people, not a house of God. The congregation focused on human needs, especially the need to strive together for human dignity. The religion became known as Humanistic Judaism and is now spread all over the world.

The banner term "Humanist" can be applied to all individuals and institutions that promote the aspirations of humanism. This includes the movements of Religious Humanism, Humanistic Judaism, Ethical Culture Societies, HUUmanists Association: representing Humanists and Humanism within the Unitarian Universalist Association of Congregations, and many other brands of fellowship that aspire to the greater good of humanity.

B. Theology

Humanism makes the theological claim that God is the most important, influential literary character human beings have ever created. We created God in our image to fulfill our hopes and dreams of eternity. Humanists deny that the traditional theistic God exists. Humanism places Humanity into the throne that is occupied by a supreme being in theistic religions. Theists who claim to derive meaning from God are simply reading into nature their own conceptions of a deity. If we dispense with the idea of God, meaning does not collapse, because meaning is derived from human experience.

2. Requirements for Membership

A. Requirements

Humanists believe that the most important purpose of human life is for every individual to strive for and attain self-fulfillment, to become what each is capable of and to help others to do the same.

B. Total Membership

Many kinds of humanism exist in the world. The varieties include: Free Thought, atheism, agnosticism, skepticism, deism, rationalism, ethical culture, and religious. In sum, worldwide estimates approach one billion persons.

Attachment page 2 of 6

58- VERIFIED COMPLAINT

New or Unfamiliar Religious Components Questionnaire

3. Religious Practices
   A. Required Daily Observances

   Humanists do have sacred moments and rituals, but they are
   almost entirely private. A person's birthplace, or the scenes
   of one's first love, or other certain places are the "holy
   places" of an individual's private universe.

   One thing that could be said to be a "required daily observance"
   would be never to neglect or abuse the human body. Humanists
   must strive to achieve excellence in health, both physical and
   psychological.

   Humanists try to develop on a daily basis: personal responsi-
   bility, intelligence, self-discipline, self-respect, creativity,
   and aesthetic appreciation.

   In relation to others, Humanists cultivate the moral decencies
   of Integrity, Trustworthiness, Benevolence, and Fairness.

   B. Required Weekly Observances

   Those of us who hold no supernatural belief still require regular,
   ritualized encounters with concepts such as friendship, community,
   and grattitude.

   Personal development is enhanced by community development and
   realization of Humanist aspirations through weekly meetings.

   C. Required Occasional Observances

   Occasionally Humanists join in celebrations marking the major
   transitions in life, such as birth, coming of age, marriage,
   and death. There are several organizations that exist to help
   people celebrate their lives humanistically.

   D. Religious Holy Days

   Humanists may choose to celebrate the holidays of their culture
   in ways that are consistent with their humanistic beliefs.

   For example, the traditional story of Jesus can be told as a
   myth, like any in a book of ancient Greek tales of Gods and
   mortals. Presents can be exchanged, including the recent
   tradition of choosing charitable gifts in honor of family and
   friends. A "Tree of Knowledge" can be set up, elaborately
   decorated with humanist symbolism.

   Humanists look past the mythological trappings and greeting-
   card commercialism and think about why people would have needed
   to create such a holiday in the first place, and then celebrate
   that.

   There are a few holidays Humanists have invented themselves,
   most significantly Darwin Day, which is now celebrated in
   thousands of places around the world each year on February 12,
   Darwin's birthday, as a global celebration of science and
   humanity. HumanLight is an explicitly humanist alternative

Attachment page 3 of 6

59- VERIFIED COMPLAINT

New or Unfamiliar Religious Components Questionnaire

to the solstice holidays which incorporates some similar
traditions of those holidays such as gift giving and creative
banquets.

4. Religious Items

   A. Personal Religious Items

   Humanists consider items of personal symbolic value religious
   items. Wedding rings qualify as religous items in this respect.
   Humanists are not required to display any such item. Some
   Humanists may choose to wear the traditional clothing of the
   religious group they were raised, in order to embrace their
   ethnicity and nonsupernatural aspects of their cultural
   traditions.

   B. Congregate Religious Items

   The Humanist congregation have no shared religious items that
   are required to be present whence the congregation meets.

5. Medical Prohibitions

   Humanists consider medical decisions to be best determined by the
   cooperation of an informed individual and their physician. There
   are no medical prohibitions for Humanists in general.

6. Dietary Standards

   Choices of what and how an individual eats are that individual's
   to make on his or her own. Humanists believe in joyful living,
   and this includes experiencing the many varieties of food available.

7. Burial Rituals

   For Humanists there are no specific prescribed rituals to be per-
   formed upon death. The Humanist's remains should be interred in
   whatever manner the individual made known before death. In lieu
   of directions left by the deceased, it is permissible for the
   remains to be handled in whatever manner desired by the next of
   kin.

   A Humanist's funeral is a time to recall the significance of the
   life that has ended, to share stories and memories, meaningful
   readings and songs, and to express love in the form of laughter
   and tears, hugs and just being present.

8. Literature

   A. Sacred Writings

   Humanists view the accumulative contribution of all of mankind
   to literature, the arts, and science as sacred.

   Humanism adopts the sound principles of other religions and
   philosophies. Thus, although it regards the supernatural
   aspects of Christianity as poetic myth, it incorporates much
   of the Judeo-Christian ethic as set forth in the Old and New
   Testaments.

Attachment page 4 of 6

New or Unfamiliar Religious Components Questionnaire

    B. Periodicals

       The American Humanist Association publishes a magazine called The Humanist.

       Free Inquiry is published by the Council for Secular Humanism.

       Freethought Today is a publication put out by the Freedom From Religion Foundation.

    C. Resource Material

       Dewey, John.  A Common Faith
       Santayana, George.  The Life of Reason
       Lamont, Corliss.  The Philosophy of Humanism
       Kurtz, Paul.  Forbidden Fruit: The Ethics of Humanism
       Epstein, Greg M.  Good Without God
       de Botton, Alain.  Religion for Atheists

9. Organizational Structure

    A. Location of Headquarters

       The American Humanist Association is representative of the interests of Humanists in the United States.

       American Humanist Association
       1777 T Street, NW
       Washington, DC 20009-7125

    B. Minister of Record

       Arthur Jackson, Humanist Minister
       President, Humanist Community of Silicon Valley
       3032 Warm Springs Drive
       San Jose, CA 95127-1875
       (408)923-3774
       arthurjackson@covad.net

    C. Contact Office/Person

       Sadie Leigh Rothman
       Executive Assistant and Grassroots Coordinator
       American Humanist Association
       1777 T Street, NW
       Washington, DC 20009
       Tel: 202-238-9088
       Fax: 202-238-9003
       www.americanhumanist.org

10. Equity Question

       The Code of Federal Regulations Rule §548.15, states, "no one may disparage the religious beliefs of an inmate, nor coerce or harass an inmate to change religious affiliation.  Attendance at all religious activities is voluntary and unless otherwise specifically determined by the warden, open to all."  Does your religion endorse, practice or use language that will support violence, terrorism, discriminate against other inmates or exclude other inmates from

Attachment page 5 of 6

61- VERIFIED COMPLAINT

New or Unfamiliar Religious Components Questionnaire

religious services based on race, color, religion, gender, or
national origin?

_____ Yes     ___✕___ No

Submitted by:  Jason M. Holden          _____

Register Number:  34169-086

Attachment page 6 of 6

62- VERIFIED COMPLAINT