**Exhibit 9**

# Humanism and Its Aspirations

## Humanism Manifesto III

The following document, *Humanism and Its Aspirations*, provides a simple and direct summary of humanism. But it isn't a binding creed or list of "commandments." Rather, it is an affirmation of the underlying principles of humanism and an exploration of humanist ideals.

From this beginning the ideas can be built upon and used to form a basis for thinking on a variety of issues. For example, the commitment to "treating each person as having inherent worth and dignity" leads to greater inclusiveness, turning "them" into "us" until differences in gender, ethnicity, nationality, class, sexual orientation, and other factors matter less and less. And although humanism starts with human beings as the source of human values, it extends to the global ecosystem and beyond. Humanists care about protecting the natural environment, preserving wildlife, reversing or reducing the effects of pollution, and developing cleaner technologies.

Similarly, one could take the statement that "Knowledge of the world is derived by observation, experimentation and rational analysis" and recognize that something is also being said about where knowledge doesn't come from.

Humanists don't turn to any gods, faith, dogma, religious experience, mystical intuition, *a priori* truth, or ancient authority in order to find things out about the world or decide what to do. No matter their source, if ideas are to be recognized as knowledge and taken as grounds for action, they need to be tested by practical experience and rational analysis.

*Humanism and Its Aspirations* is subtitled *Humanist Manifesto III* for historical reasons. The first Humanist Manifesto was issued in 1933 and the second in 1973. Both set forth basic principles and applied them to the issues of their time. In 2003 those two documents were replaced by this third in order to take into account changes in the evolving philosophy of humanism that resulted from changes in conditions and a continuous expansion of human knowledge.

# Humanism and Its Aspirations

## Humanist Manifesto III, a successor to the Humanist Manifesto of 1933*

Humanism is a progressive philosophy of life that, without supernaturalism, affirms our ability and responsibility to lead ethical lives of personal fulfillment that aspire to the greater good of humanity.

The lifestance of Humanism—guided by reason, inspired by compassion, and informed by experience—encourages us to live life well and fully. It evolved through the ages and continues to develop through the efforts of thoughtful people who recognize that values and ideals, however carefully wrought, are subject to change as our knowledge and understandings advance.

This document is part of an ongoing effort to manifest in clear and positive terms the conceptual boundaries of Humanism, not what we must believe but a consensus of what we do believe. It is in this sense that we affirm the following:

**Knowledge of the world is derived by observation, experimentation, and rational analysis.** Humanists find that science is the best method for determining this knowledge as well as for solving problems and developing beneficial technologies. We also recognize the value of new departures in thought, the arts, and inner experience—each subject to analysis by critical intelligence.

**Humans are an integral part of nature, the result of unguided evolutionary change.** Humanists recognize nature as self-existing. We accept our life as all and enough, distinguishing things as they are from things as we might wish or imagine them to be. We welcome the challenges of the future, and are drawn to and undaunted by the yet to be known.

**Ethical values are derived from human need and interest as tested by experience.** Humanists ground values in human welfare shaped by human circumstances, interests, and concerns and extended to the global ecosystem and beyond. We are committed to treating each person as having inherent worth and dignity, and to making informed choices in a context of freedom consonant with responsibility.

Life's fulfillment emerges from individual participation in the service of humane ideals. We aim for our fullest possible development and animate our lives with a deep sense of purpose, finding wonder and awe in the joys and beauties of human existence, its challenges and tragedies, and even in the inevitability and finality of death. Humanists rely on the rich heritage of human culture and the lifestance of Humanism to provide comfort in times of want and encouragement in times of plenty.

**Humans are social by nature and find meaning in relationships.** Humanists long for and strive toward a world of mutual care and concern, free of cruelty and its consequences, where differences are resolved cooperatively without resorting to violence. The joining of individuality with interdependence enriches our lives, encourages us to enrich the lives of others, and inspires hope of attaining peace, justice, and opportunity for all.

**Working to benefit society maximizes individual happiness.** Progressive cultures have worked to free humanity from the brutalities of mere survival and to reduce suffering, improve society, and develop global community. We seek to minimize the inequities of circumstance and ability, and we support a just distribution of nature's resources and the fruits of human effort so that as many as possible can enjoy a good life.

Humanists are concerned for the well being of all, are committed to diversity, and respect those of differing yet humane views. We work to uphold the equal enjoyment of human rights and civil liberties in an open, secular society and maintain that it is a civic duty to participate in the democratic process and a planetary duty to protect nature's integrity, diversity, and beauty in a secure, sustainable manner.

Thus engaged in the flow of life, we aspire to this vision with the informed conviction that humanity has the ability to progress toward its highest ideals. The responsibility for our lives and the kind of world in which we live is ours and ours alone.

* Humanist Manifesto™ is a trademark of the American Humanist Association—© 2003 American Humanist Association

American Humanist Association 1777 T Street NW Washington, DC 20009-7125 800.837.3792 www.americanhumanist.org