**Exhibit 10**

SUBJECT: BP-8 response for inmate Holden, Jason #34169-086
FROM: S. Brooks, Correctional Counselor

I am addressing your BP-8 (request for informal resolution). Advice to inmate regarding complaint (include Program Statement number if applicable):

Conclusion: Per correspondence with Chaplain Kowalczyk this is in response to your Attempt at Informal Resolution (BP8) dated March 4, 2013.

After review of the New or Unfamiliar Religious Components Questionnaire it was determined that the purpose of the Humanists is to conduct an individual, non-theistic, secular and naturalistic approach to philosophy while focusing on personal humanistic ideas, developments and resolutions. The stated needs and purposes are more philosophical and educational in nature than religious. These purposes can be met more effectively outside of the Religious Services Department.

S. Brooks, 4A, CCC

64- VERIFIED COMPLAINT