**Exhibit 11**

Part B-RESPONSE

REQUEST FOR ADMINISTRATIVE REMEDY
SHE-725733-F1

This is in response to your Request for Administrative Remedy received on March 11, 2013. As relief, you request that Religious Services allow Humanist inmates to meet as a group and make available "Humanist" as a religious assignment.

The Bureau of Prisons provides inmates of all faith groups with reasonable and equitable opportunities to pursue religious beliefs and practices, within the constraints of budgetary limitations and consistent with the security and orderly running of the institution and the Bureau of Prisons.

It was determined through the information you provided on the New or Unfamiliar Religious Components Questionnaire (BP-822), and through consultation with Chaplaincy Services in the Central Office, that the purpose of the Humanists is to conduct an individual, non-theistic, secular and naturalistic approach to philosophy while focusing on personal humanistic ideas, developments and resolutions. The stated needs and purposes are more philosophical and educational in nature than religious. With this determination, you are already being accommodated as an individual practitioner.

Further, a designation of "Atheist" already exists to encompass the Humanist point of view. In addition, there is a "No Preference" category and an "Other" category to appropriately cover any other aspect not represented in the recognized list of assignments.

Therefore, your Request for Administrative Remedy is for informational purposes only. If dissatisfied with this response, you may appeal to the Western Regional Director, 7338 Shoreline Drive, Stockton, CA 95219. Your appeal must be received in the Western Regional Director's office within 20 calendar days of the date of this response.

3-14-13
Date

_[signature]_
Marion Feather, Warden

65- VERIFIED COMPLAINT