**Exhibit 12**

U.S. Department of Justice  
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Holden, Jason M.    34169-086    4A    Sheridan FCI
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL

Religious Services denied my BP-822(exhibit 5) request for a Humanist group. I attempted institutional Administrative Remedies(exhibit 6). Mine and other Humanist inmates' rights to Freedom of Religion under the First Amendment, Religious Freedom Restoration Act(RFRA), and Religious Land Use of Institutionalized Persons Act(RLUIPA) are being impinged. Religious Services violates the following First Amendment Clauses:
1) Free Exersize Clause: by excluding Humanist as Religious Assignment choice.
2) Free Exersize Clause: by prohibiting Humanist inmates ~~free~~ from meeting as a group.
3) Establishment Clause: by favoring other religions over Humanism.
Alternative means of exersizing Humanism have been denied to inmates: Atheist group(exhibit 2); Educational group(exhibit 3); Inmate Organization (exhibit 4).
See exhibit 1 for a summary of communications.
Please compel Religious Services to allow Humanist inmates to meet as a group and make available "Humanist" as a Religious Assignment option.
Thank you./

3/17/2013    Jason M Holden
DATE    SIGNATURE OF REQUESTER

Part B—RESPONSE

_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE    CASE NUMBER: _____

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

page 24

66- VERIFIED COMPLAINT

Regional Administrative Remedy Appeal received at Sheridan FCI

```
JASON MICHAEL HOLDEN, 34169-086
SHERIDAN FCI    UNT: UNIT 4    QTR: D03-204L
P.O. BOX 8000
SHERIDAN, OR 97378
```

RECEIVED
APR 17 2013
Associate Warden's Office

67- VERIFIED COMPLAINT