**Exhibit 13**

725733-R1
FCI Sheridan

This is in response to your Administrative Remedy Appeal of the Warden's decision dated March 17, 2013. You requested Humanist inmates be allowed to meet as a group in Religious Services and the creation of a religious assignment in SENTRY as "Humanist."

An investigation into your complaint reveals your religious practice is being accommodated as an individual practitioner. You are able to utilize the multi-media materials in the Religious Services library. Inmates may request material not found in the chapel library as guided by Program Statement 5266.10, Incoming Publications. Additionally, the Religious Services schedule offers "Chapel Library Time" for personal study. The SENTRY list of religious preferences is not created at the institution level nor is it a comprehensive list of religious groups. If there is not a listing you are comfortable with, you may want to consider using the "Other" designation. This allows an inmate to declare a religious preference when he/she cannot find one that best describes their religious beliefs.

In reference to your New and Unfamiliar Religious Components Questionnaire (BP-822), if you are not satisfied with the Local Religious Issues Committee (RIC) recommendations regarding your request on recognizing the Humanist religion, you may request, through the Supervisory Chaplain, to have your Questionnaire referred to the Central Office RIC for further review. Our investigation reveals you have done so as of the date of this response.

Based on the foregoing, your appeal and request for relief at the Regional Office level is denied. If dissatisfied with this response, you may appeal to the Office of the General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the General Counsel's office within 30 calendar days of the date of this response.

4-3/13
Date

Juan D. Castillo, Regional Director

68- VERIFIED COMPLAINT