**Exhibit 14**



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

P.O. Box 8000
27072 Ballston Road
Sheridan, Oregon 97378

May 29, 2013

RE: HOLDEN, Jason
Reg. No. 34169-086 (4A)
BP-11 Rejection #725733-A1

To Whom it Concern:

Jason Holden an inmate currently confined at the Federal Correctional Institution, Sheridan, Oregon, had submitted an appeal to your office regarding Religious Programs. His appeal was rejected due to lack of required copies needed to process the BP-11. However, the BP-11 rejection was dated May 9, 2013, but was not received by this institution until Friday, May 24, 2013, and then given to the inmate on Sunday, May 26, 2013.

Your directive indicated the inmate needed to resubmit within 15 days. This could not be met due to the untimely receipt of the BP-11 rejection. Specifically, we received the rejection the same day the remedy was due to your office. This information was verified by institution staff. Please allow Mr. Holden the opportunity to resubmit his appeal.

Sincerely,

S. Price
Unit Manager, FCI Sheridan

69- VERIFIED COMPLAINT