## Exhibit 15

**U.S. Department of Justice**
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Holden, Jason M.__      __34169-086__      __4-A__      __FCI Sheridan__
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL**

I object to the grounds cited for rejecting Administrative Remedy #725733-A1 (Exhibit C). The grounds cited are: 1) exhibit 1 is considered a continuation page; 2) continuation pages can only be one page, text on one side; and 3) I did not submit the proper number of continuation pages (Exhibit B).
Rejections are usually appealed to the next highest office. There is no higher office than the rejecting office, therefore I appeal directly back to the rejecting office which is the Central Office.
In accordance with P1330.17 administrative Remedy Program §542.17(b)(3) Criteria for Rejection, "Coordinators...should be flexible, keeping in mind that major purposes of this Program are to solve problems and be responsive to the issues inmates raise."
The Coordinator who rejected #725733-A1 militates against the purposes of the Administrative Remedy Program, consciously or otherwise, by claiming Exhibit C(1) is a continuation page.
I filed exactly the same paperwork at h the Institutional (#725733-F1) and Regional (#725733-R1) levels. Neither level saw grounds for rejection (Exhibit C(6)) continued on continuation page...

_____      _____
DATE                              SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____      _____
DATE                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

_____      _____
DATE                              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL      page 30

USP LVN      BP-231(13)
APRIL 1982

70- VERIFIED COMPLAINT

CONTINUATION PAGE

My complete argument for #725733-A1 is presented within the space provided on the BP-11 Form. I required no continuation page to state my argument.

Exhibit 1, Summary of Communications, (Exhibit C(1)) clearly is not a continuation page as evidenced by: 1) being labeled an exhibit; 2) the chronology of events outlined; and 3) the sheer size of the exhibit which runs to five pages and could not have been a mistakenly filed continuation page.

The Coordinator, by fabricating a fallacious procedural technicality, has acted inappropriately and hampers my ability to properly utilize the Administrative Remedy Program.

Please rescind the decision to reject #725733-A1 and direct it be accepted for review.

A denial or rejection of the appeal argued here will exhaust Administrative Remedies with regards to #725733.

Upon resolution and with the rejection reversed resubmit #725733-A1. Cite this appeal and Unit Manager Price's memo which explains the resubmission delay (Exhibit A) as valid reasons for delay.

#725733-A1 is provided with this mailing in its entirety and separate from this appeal and is to be filed upon the Coordinator's direction that #725733-A1 be accepted for filing in order to avoid more delays.

Thank you.

5/30/2013
*Jason Holder*

ORIGINAL: RETURN TO INMATE

page 31

71- VERIFIED COMPLAINT



page 32

72- VERIFIED COMPLAINT

```
                REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 24, 2013

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JASON MICHAEL HOLDEN, 34169-086
      SHERIDAN FCI    UNT: UNIT 4    QTR: D03-204L
      P.O. BOX 8000
      SHERIDAN, OR 97378


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 725733-A2     CENTRAL OFFICE APPEAL
DATE RECEIVED   : JUNE 14, 2013
SUBJECT 1       : RELIGIOUS PROGRAMS - (EXCEPT FOOD/DIETS/MEALS), ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY. CENTRAL OFFICE APPEALS
                 MUST BE RECEIVED WITHIN 30 DAYS OF THE REGIONAL
                 DIRECTOR'S RESPONSE. THIS TIME LIMIT INCLUDES MAIL TIME.

REMARKS        : REJECTION NOTICE GAVE YOU 15 DAYS TO CORRECT AND
                 RESUBMIT YOUR APPEAL. PROVIDE STAFF VERIFICATION
                 STATING REASON FOR UNTIMELY FILING.
```

RECEIVED
JUL 2 2013
FCI Sheridan
Associate Warden's Office

page 33

73- VERIFIED COMPLAINT