# Exhibit 1

**Sunday/Domingo (Kowalczyk - 12:00-8:30 pm, Myers - 7:00 am-5:00 pm; Williams – 12:00-8:30 pm; Haverly - Off)**

| | | |
|---|---|---|
| 12:00-1:30 pm | Spanish Protestant Worship / Protestante en Espanol | Large Chapel (V) |
| 1:30-3:00 pm | Christian Worship Service / Servicio de Cristiana | Large Chapel |
| 3:00-5:00 pm | Chapel Administrative Time / SHU Rounds | |
| 6:00-8:00 pm | Chapel Library Time / Biblioteca de Capilla | Round Chapel |
| 6:00-8:00 pm | Hindu Worship Service / Servicio de Hindu | Classroom 1 |
| 6:00-8:00 pm | Mormon Worship Service / Servicio de Mormon | Classroom 2 (V) |

**Monday/Lunes (Kowalczyk - 12:00-8:30 pm; Haverly - 8:00-4:00 pm, Myers/Williams - Off)**

| | | |
|---|---|---|
| 12:00-1:30 pm | Muslim Taleem / Estudio de Musulman | Round Chapel |
| 12:00-1:30 pm | Hindu Study / Estudio de Hindu | Classroom 1 |
| 1:30-3:00 pm | Native American Study / Estudio de Indio Indigena | Round Chapel (V) |
| 6:00-8:00 pm | FAITH: Fundamentals of Belief | Large Chapel (V) |
| 6:00-8:00 pm | Jehovah's Witness Service / Servicio de Testigos de Jehova | Round Chapel (V) |
| 6:00-8:00 pm | Buddhist Study / Estudio de Budista | Classroom 1 (V) |
| 6:00-8:00 pm | Nation of Islam Study / Estudio de NOI | Classroom 2 |

**Tuesday/Martes (Kowalczyk, Haverly – 7:30-4:00 pm, Myers/Williams - Off)**

| | | |
|---|---|---|
| 9:00-10:30 am | FAITH: Marriage Enhancement Training | Round Chapel |
| 12:00-1:30 pm | Threshold – Faith Based Program | Round Chapel |
| 1:30-3:00 pm | Native American Church / Iglesia de Indio Indigena | Outdoor Worship Area |

**Wednesday/Miercoles (Kowalczyk, Williams, Haverly - 7:30-4:00 pm, Myers - Off)**

| | | |
|---|---|---|
| 9:00-10:30 am | Jehovah Witness Study / Estudio de Testigos de Jehova | Round Chapel (V) |
| 12:00-1:30 pm | Druid Worship / Servicio de Pagano | Outdoor Worship Area |
| 12:00-1:30 pm | Catholic Study / Estudio de Catolico | Round Chapel |
| 1:30-3:00 pm | Chapel Library Time / Biblioteca de Capilla | Round Chapel |
| 1:30-3:00 pm | Sikh Worship Service / Servicio de Sikh | Classroom 1 |
| 1:30-3:00 pm | Mormon Study / Estudio de Mormon | Classroom 2 |

**Thursday/Jueves (Kowalczyk, Williams, Haverly - 7:30-4:00 pm, Myers - 10:00 am-8:00 pm)**

| | | |
|---|---|---|
| 10:30 am - 3:00 pm | Native American Sweat / Servicio de Indio Indigena | Outdoor Worship Area |
| 12:00-1:30 pm | Spanish Bible Study / Estudio de Bible-Español | Large Chapel |
| 12:00-1:30 pm | Druid Study / Estudio de Druid | Round Chapel |
| 1:30-3:00 pm | Chapel Administrative Time / SHU Rounds | |
| 6:00-8:00 pm | FAITH: Prison Restoration Ministry | Large Chapel |
| 6:00-8:00 pm | Santeria Worship Service / Servicio de Santeria | Round Chapel |
| 6:00-8:00 pm | Native American (Hawaiin) Study / Estudio de Hawaiian | Classroom 1 |
| 6:00-8:00 pm | Sikh Study / Estudio de Sikh | Classroom 2 |

**Friday/Viernes (Kowalczyk - Off; Myers - 10:00 am-8:00 pm; Williams – 12:00-8:30 pm; Haverly - 8:00-4:00 pm)**

| | | |
|---|---|---|
| 12:00-1:30 pm | Muslim Jumah Prayer / Musulman Oracion de Juma | Large Chapel |
| 12:00-1:30 pm | Nation of Islam / NOI Oracion de Juma | Round Chapel |
| 1:30-3:00 pm | Odinist/Asatru Study / Estudio de Odin/Asatru | Round Chapel |
| 1:30-3:00 pm | Rastafarian Study / Estudio de Rasta | Classroom 1 |
| 5:00-7:00 pm | Jewish Sabbath / Sabbat de Judio | Classroom 2 |
| 6:00-8:00 pm | FAITH: Full Gospel Businessmen Services | Large Chapel (V) |
| 6:00-8:00 pm | Moorish Science Temple / Servicio de Moores | Round Chapel |
| 6:00-8:00 pm | 7th Day Adventist Worship Service / Estudio de Adventist | Classroom 1 (V) |

**Saturday/Sabado (Kowalczyk, Haverly - Off; Myers - 7:00 am-5:00 pm; Williams 7:30 am-4:00 pm)**

| | | |
|---|---|---|
| 8:00 am - 3:00 pm | Designated Special Programming / Programacio Especial | Large Chapel |
| 8:00 am - 9:30 pm | Chapel Library Time / Biblioteca de Capilla | Round Chapel |
| 12:00-1:30 pm | Catholic Mass / Misa de Catolico | Round Chapel (V) |
| 12:00-1:30 pm | Rastafarian Worship / Servicio de Rasta | Classroom 1 |
| 12:00-1:30 pm | Jehovah's Witness Spanish Study / Estudio de Testigos de Jehova | Classroom 2 (V) |
| 12:00-3:00 pm | Odinist/Asatru Worship / Servicio de Odin/Asatru | Outdoor Worship Area |
| 1:30-3:00 pm | 7th Day Adventist Study / Servicio de Adventist | Classroom 1 (V) |
| 1:30-3:00 pm | Buddhist Worship Service / Servicio de Budista | Classroom 2 |

**If your stated religious preference is not represented on the posted Chapel schedule please make arrangements to speak with the Chaplain. Este horario esta sujeto a cambios de acuerdo a las necesidades de la institución.**
**V - Denotes Volunteer.**

Approved: _____
R. Kowalczyk, Supervisory Chaplain

Approved: _____
I. Jacquez, AW(P)

# Exhibit 2

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Chaplain Richter | DATE: 6/28/2012 |
|---|---|
| FROM: Jason Holden | REGISTER NO.: 34169-086 |
| WORK ASSIGNMENT: UNICOR | UNIT: 4A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

On June 11, 2012 you met with Roy Rudy and myself
to inform us about the Religious Issues Committee (RIC)
denial of our request for equal time for atheists. The
R.I.C. encouraged us to inquire with the Education Department
for our purposes.

Would you please provide for me a brief written record
of our meeting and the fact that R.I.C. told us to go
through the Education Department.

I need this for my proposal to education.

Thank you,
Jason M Holden

---

(Do not write below this line)

DISPOSITION:

Chapel programing is limited to religious programs. Programs
that are moralistic/philosophical in nature might be
conducted in education department. Contact Education
department and see if you might be able to set something
up there.

Rev'd 7-10-12
JMH

| Signature Staff Member | Date 7-8-12 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94



page 1

# Exhibit 3

BP-A148.055
SEP 98

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

INMATE REQUEST TO STAFF

| TO:(Name and Title of Staff Member) Ms. Cain, Supervisor of Education | DATE: July 13, 2012 |
|---|---|
| FROM: Jason Holden | REGISTER NO.: 34169-086 |
| WORK ASSIGNMENT: UNICOR | UNIT: 4-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

I am interested in starting a Humanist group.  I first inquired with religious services and they suggested I try education.

Can we set up a time to meet so we can discuss the goals and objectives of this Humanist group?

Thank you.


Attached, is a copy of the suggestion from Chaplain Richter, also a basic history and description, and Humanist Manifesto III.


(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 6

page 2

# Exhibit 4

BP-A148.055
SEP 98

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

INMATE REQUEST TO STAFF

| TO:(Name and Title of Staff Member)<br>Ms. Cain, Supervisor of Education | DATE:<br>July 13, 2012 |
|---|---|
| FROM:<br>Jason Holden | REGISTER NO.:<br>34169-086 |
| WORK ASSIGNMENT:<br>UNICOR | UNIT:<br>4-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I am interested in starting a Humanist group. I first inquired with
religious services and they suggested I try education.

Can we set up a time to meet so we can discuss the goals and objectives
of this Humanist group?

Thank you.


Attached, is a copy of the suggestion from Chaplain Richter, also a
basic history and description, and Humanist Manifesto III.

(Do not write below this line)

DISPOSITION:

I would want to see an outline and curriculum before
even considering a class. Education can't support groups
either for or against theism. Please come and see
me in education for further discussion.

| Signature Staff Member<br>S Cain | Date<br>8/17/12 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

pg 5

# Exhibit 5

BP-A148.055
SEP 98
INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) WARDEN FEATHER | DATE: 7/18/2012 |
|---|---|
| FROM: JASON HOLDEN | REGISTER NO.: 34169-086 |
| WORK ASSIGNMENT: UNICOR | UNIT: 4A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

I would like to establish an Inmate Organization called "Humanists of Sheridan"
which would be an affiliate of the American Humanist Association. The purpose of
humanism is to affirm our ability and responsibility to lead ethical lives of personal
fulfillment that aspire to the greater good of humanity without supernaturalism.
The organization's objectives are the promotion of humanist values & practices. The philosophy
of humanism seeks to develop the idea that each person has worth and dignity so that
differences matter less and less. American Humanists care about protecting the natural
environment, leading ethical lives, and promoting the aspirations of American
Humanism.

Constitution & Bylaws attached

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

page 6

Humanists of Sheridan
Constitution and Bylaws

1.  Purpose and Objectives

To establish "Humanists of Sheridan", an affiliate of the
American Humanist Association, as an Inmate Organization in
order to provide opportunities for development and maturation
of participating inmates.
The objectives of Humanists of Sheridan are to foster pers-
onal growth and responsibility; to develop the idea that each
person has inherent worth and dignity; to promote the ability
to live ethical lives; and to encourage civic participation
and community involvement.
Through promoting the aspirations of humanism, inmates will
demonstrate improved societal adjustment and reduced recid-
ivism rates.  American Humanist Association chapters and
affiliates in the community at the inmates' release destin-
ations will be asked to volunteer as support organizations
for inmate members upon release.

2.  Organizational Officer

In accordance with BOP Program Statement 5381.05 § 10.2 an
officer of the Humanists of Sheridan will be appointed by
the members.  The Officer's responsibilities are to maintain
current organizational records including:
        (a) constitution and bylaws,
        (b) quarterly summaries of activities,
        (c) operational reviews,
        (d) submissions of requests for activities to the Warden,
        (e) copies of requests for organization activities.

3.  Quarterly Summary of Activities

A quarterly summary of Humanists of Sheridan's activities is
required for each period.  These statements must be prepared
to reflect the distinct activity and/or project.
An officer of Humanists of Sheridan must submit a written
request for approval of an activity to the Warden or designee.
Activities include but are not limited to, meetings, guest
speakers, sports competitions, banquets, or community prog-
rams.  Activities may not include fund-raising projects.
The request must specifically include:
        (1) Name of the organization (Humanists of Sheridan);
        (2) Nature or purpose of the activity;
        (3) Date, time, and estimated duration of the activity;
        (4) Estimated cost;
        (5) Information concerning participation;
        (6) Other pertinent information requested by the Warden.

page 7

Humanists of Sheridan
Constitution and Bylaws

4.  Operational Review

An operational review is required to be conducted at least
annually, by staff other than an official of Humanists of
Sheridan.

5.  Requirement for Copies

The Staff Sponsor, who is assigned to Humanists of Sheridan
by the Warden or designee in accordance with BOP Program
Statement 5381.05 § 8, is responsible for ensuring that the
quarterly summary of this organization's activities is sub-
mitted to the Inmate Organization Manager by the 15th of
the month following the end of each quarter.  The activities
report must include any problems encountered with functions
of Humanists of Sheridan and recommendations for resolution.

6.  Fund-raising

As with all Inmate Organizations, Humanists of Sheridan is
not allowed to conduct fund-raising activities of any type.
Dues are not required by Humanists of Sheridan.  Inmates
that are members of the national organization may pay memb-
ership dues by using form BP-199.
Donations may also be made by use of form BP-199.  No Trust
Fund Profit Sharing funds may be used to make these donations.

page 8

# Exhibit 6

**U.S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Institution
Sheridan, Oregon

## RESPONSE TO INMATE REQUEST TO A STAFF MEMBER

HOLDEN, Jason
Reg. No. 34169-086 (4A)
August 1, 2012

Mr. Holden:

This responds to your request dated July 18, 2012, wherein you request to establish an Inmate Organization called Humanists of Sheridan.

Please be advised, FCI Sheridan does not currently have any Inmate Organizations, nor the accompanying institution supplement for one, as we offer ample programming opportunities and programs for self-improvement. However, your interest in productive programming is appreciated.

Thank you

M. Feather
Warden

page 9

# Exhibit 7

BP-S148.055  INMATE REQUEST TO STAFF CDFRM                                   COP OUT
Sep-98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| To: (Name and Title of Staff Member) | DATE: |
|---|---|
| Warden Feather | August 6, 2012 |
| FROM: | REGISTER NO: |
| Jason Holden | 34169-086 |
| WORK ASSIGNMENT: | UNIT: |
| UNICOR | 4-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.  Continue on back,  if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

Regarding denial of request to establish Humanists of Sheridan as an

Inmate Organization.

Please see attached typed pages.

Thank you

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

*Page 10*

Record Copy - File;  Copy - Inmate                   This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)                             and BP-S148.070 APR 94

Thank you for your response to my request to establish Humanists of Sheridan as an Inmate Organization. I would like to clarify a point about "self-improvement," and offer some background to my particular case and Humanism in general.

While there are elements of Humanism that can be called "self-improvement," Humanism's focus is less on what any one individual can do for himself and more on the cooperative effort of many individuals to effect the betterment of society. Affiliates and chapters of the American Humanist Association (AHA) encourage the social relationships necessary of this cooperative effort. Humanists can move between communities yet maintain continuity of relationships through the many affiliates and chapters of the AHA throughout the United States of America.

The prison community does not yet provide individuals the means to generate, develop, or cultivate the social ties of Humanism. We are in a quandary with regards to where Humanist individuals and Humanist groups fit in with this prison community.

The reason I submitted a request for an Inmate Organization was because Religious Services denied my request to provide equal time for Humanists. My request was denied because Humanism, according to the Religious Issues Committee (RIC), "is a philosophy, not a religion." The IRC's reasoning is fallacious: first, Religious Humanism was founded in the 1920s by John Dietrich and is still alive today in many Unitarian Universalist congregations, Ethical Culture Societies, and many affiliates and chapters of the AHA; second, Humanism deals with the same matters of ultimate concern for the individual as other religions do; and third, Secular Humanism was declared a religion in the unanimous decision of the Supreme Court delivered in Justice Black's opinion in Torcaso v. Watkins, 1961.

My opinion is that Humanism is better served under the aegis of Religious Services. However, because of the RIC's denial, the next available option that would qualify our Humanist group for the same kinds of resources as other religious groups would be the Inmate Organization provision.

I have logged a request with Ms. Cain in Education for classroom time so that Humanists have a venue to meet with each other and together learn about the aspirations and ethics of Humanism.

1 of 2 pages

page 11

We have local support of enthusiastic Humanists in the area who wish
to volunteer their time and meet with Humanists in our prison community
here at Sheridan.

Please reconsider my request to establish Humanists of Sheridan as an
Inmate Organization.  I understand the fact that Sheridan does not currently
have an Institutional Supplement for Inmate Organizations, therefore
I am willing to assist your appointed staff in the creation of one.

Thank you,

Jason Holden 34169-086

2 of 2 pages

Page 12

# Exhibit 8

BP-S022.053    NEW OR UNFAMILIAR RELIGIOUS COMPONENTS QUESTIONNAIRE    CDFRM
U.S. OCT04 DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

Inmates requesting the introduction of a new component to the Religious Service program (schedule, meeting time and space, religious items and attire) must provide the chaplain a comprehensive description of the religion or component using this form. The information provided will be considered at the institutional, regional and national levels.

Because of the necessary review at these levels, the process may require up to 120 days for completion. The committee's recommendation will be forwarded to the Warden with a copy to the Regional Director. The Warden's decision will be communicated by the institution chaplain.

The RIC request must be submitted on this form. Supplemental material may be attached, but consideration will primarily be given to the material submitted on the completed form.

| 1. | Theology and History |
|----|---|
| | A.   Basic History. Religious Humanism in America was born out of the Unitarian Universalist church around 1915. American Humanist Association founded in 1941 as religious organization. Cited as religion in 1961 supreme court ruling Torcaso v Watkins. (see attached: 1.A.) |
| | B.   Theology. Humanism claims God is important literary character and places human-kind into the throne occupied by God in theistic religions. (see attached: 1.B.) |
| 2. | Requirements for Membership |
| | A.   Requirements. For individuals to strive to become what each is capable of and to help others to do the same. |
| | B.   Total Membership. The AHA counts many thousand members. (see attached: 2.B.) |
| 3. | Religious Practices |
| | A.   Required Daily Observances. Never neglect or abuse the human body. Develop ethical excellence with regard to oneself and others. (see attached: 3.A.) |
| | B.   Required Weekly Observances. Personal growth is enhanced by community development and realization of Humanist aspirations through weekly meetings. |
| | C.   Required Occasional Observances. Humanists commemorate the major transitions in life such as birth, marriage, death, etc. |
| | D.   Religious Holy Days. Humanists celebrate the holidays of their culture consistent with their humanist beliefs. Humanists invented Darwin Day and HumanLight. (see attached: 3.D.) |
| 4. | Religious Items |
| | A.   Personal Religious Items. Humanists consider items of personal symbolic value religious items. (see attached: 4.A.) |
| | B.   Congregate Religious Items. The Humanist congregation have no shared religious items that are required to be present whence the congregation meets. |
| 5. | Medical Prohibitions |
| | There are no prohibitions for humanists in general. (see attached: 5) |

| 6. | Dietary Standards |
|---|---|
| | Humanists have no dietary requirements or restrictions. |

| 7. | Burial Rituals |
|---|---|
| | Humanists have no prescribed burial rituals. (see attached: 7) |

| 8. | Literature |
|---|---|
| | A.   Sacred Writings.  Humanists view all of humankind's literature, art, and science as sacred. (see attached: 8.A.) |
| | B.   Periodicals.  The Humanist is published by the American Humanist Association.(see attached: 8.B.) |
| | C.   Resource Material.  Good Without God by Greg Epstein, Humanist Chaplain of Harvard University. (see attached: 8.C.) |

| 9. | Organizational Structure |
|---|---|
| | A.   Location of Headquarters.  American Humanist Association, 1777 T Street, NW, Washington, DC 20009-7125 |
| | B.   Minister of Record.  Arthur Jackson, Humanist Minister 3032 Warm Springs Drive, San Jose, CA 95127-1875 |
| | C.   Contact Office/Person  Sadie Leigh Rothman, Executive Assistant and Grassroots Coordinator, AHA, 1777 T Street, NW, Washington, DC 20009 |

| 10 | Equity Question |
|---|---|
| | The Code of Federal Regulations Rule §548.15, states, "no one may disparage the religious beliefs of an inmate, nor coerce or harass an inmate to change religious affiliation. Attendance at all religious activities is voluntary and unless otherwise specifically determined by the warden, open to all."  Does your religion endorse, practice or use language that will support violence, terrorism, discriminate against other inmates or exclude other inmates from religious services based on race, color, religion, gender, or national origin? |
| | ———  Yes   X   No |

Submitted By:   Jason M. Holden
                Inmate's Name (Printed)

                                    _Jason M. Holden_
                                    Inmate's Signature

Register Number:   34169-086

Institution:   Sheridan, FCI

Reviewed By: _____
             Chaplain

                                    _____  _____
                                    Warden            Date

Reviewed By: _____
             Regional Chaplain

                                    _____  _____
                                    Regional Director  Date

(This form may be replicated via WP)

Page 14

New or Unfamiliar Religious Components Questionnaire

1. Theology and History

A. Basic History

Humanism has a long and honored tradition to which philosophers, poets, writers, artists, and religious prophets have all contributed. That tradition started with Democritus and Aristotle in ancient Greece, continued with Lucretius in ancient Rome, was submerged during the Dark Ages, and revived by the Dutch philosopher, Spinoza, in the seventeenth century. In the eighteenth century, philosophers of the French Enlightenment, among them Diderot and Voltaire, carried on the Humanist tradition. Most of these thinkers have been classified as Naturalists, but Naturalism is practically synonymous with Humanism.

During the first half of the nineteenth century, French sociologist Auguste Comte designed the Religion of Humanity. His religion edited out the absurdities of supernaturalism and put to use the relevant aspects of religious institutions. The religion called for a priesthood of philosophers, writers, and psychotherapists who led congregations in daily talks and seasonal festivals. Cicero, Shakespeare, Galileo, Spinoza, and other saints of Humanity were honored and their portraits adorned the interiors of Humanity churches.

Ethical Culture Societies, originally founded by Dr. Felix Adler in 1876, were established to assert the supreme importance of the ethical factor in all relations of life; personal, social, national and international; apart from any theological or metaphysical considerations. Ethical Culturists put their emphasis on the welfare of makind and have followed the motto of "Deed, not creed."

Around 1915, Unitarian minister John Dietrich developed a church community that dispensed with any notion of God and the supernatural. This church celebrated and deepened human knowledge and ethics by means of science and the humanities. Dietrich liked that the word "Humanism" echoed with connection to the Rennaisance Humanists in Europe, who had pushed Christianity away from rigid dogma about the mind of God toward an embrace of this life for its own sake. And so the leader adopted Humanism as the name for his religion, and he preached it.

In 1933, John Dietrich along with more than twenty additional clergymen, educators, and progressive intellectuals, issued the Humanist Manifesto as a declaration of values for those who were good without God.

The American Humanist Association was founded in 1941 by some of the signers of the Humanist Manifesto under the leadership of Edwin H. Wilson, a Unitarian minister. All those in the United States today who are fundamentally Humanists can unite for cooperation under the AHA.

New or Unfamiliar Religious Components Questionnaire

In 1961 the U.S. Supreme Court made official recognition of religious Humanism in the case of Roy R. Torcaso, a Humanist who was refused his commission as a Notary Public under a Maryland law requiring all public officers in the state to profess belief in God.  In delivering the unanimous opinion of the Court that this statute was unconstitutional under the First Amendment, Justice Black observed: "Among religions in this country which do not teach what would generally be considered a belief in the existence of God are Buddhism, Taoism, Ethical Culture, Secular Humanism and others."

Rabbi Sherwin Wine founded the first-ever synagogue without God in 1963.  His synagogue was meant to function as a community center for people, not a house of God.  The congregation focused on human needs, especially the need to strive together for human dignity.  The religion became known as Humanistic Judaism and is now spread all over the world.

The banner term "Humanist" can be applied to all individuals and institutions that promote the aspirations of humanism. This includes the movements of Religious Humanism, Humanistic Judaism, Ethical Culture Societies, HUUmanists Association: representing Humanists and Humanism within the Unitarian Universalist Association of Congregations, and many other brands of fellowship that aspire to the greater good of humanity.

B. Theology

Humanism makes the theological claim that God is the most important, influential literary character human beings have ever created.  We created God in our image to fulfill our hopes and dreams of eternity.  Humanists deny that the traditional theistic God exists.  Humanism places Humanity into the throne that is occupied by a supreme being in theistic religions. Theists who claim to derive meaning from God are simply reading into nature their own conceptions of a deity.  If we dispense with the idea of God, meaning does not collapse, because meaning is derived from human experience.

2. Requirements for Membership

A. Requirements

Humanists believe that the most important purpose of human life is for every individual to strive for and attain self-fulfillment, to become what each is capable of and to help others to do the same.

B. Total Membership

Many kinds of humanism exist in the world.  The varieties include: Free Thought, atheism, agnosticism, skepticism, deism, rationalism, ethical culture, and religious.  In sum, worldwide estimates approach one billion persons.

Attachment page 2 of 6

page 16

New or Unfamiliar Religious Components Questionnaire

3. Religious Practices

A. Required Daily Observances

Humanists do have sacred moments and rituals, but they are almost entirely private. A person's birthplace, or the scenes of one's first love, or other certain places are the "holy places" of an individual's private universe.

One thing that could be said to be a "required daily observance" would be never to neglect or abuse the human body. Humanists must strive to achieve excellence in health, both physical and psychological.

Humanists try to develop on a daily basis: personal responsibility, intelligence, self-discipline, self-respect, creativity, and aesthetic appreciation.

In relation to others, Humanists cultivate the moral decencies of Integrity, Trustworthiness, Benevolence, and Fairness.

B. Required Weekly Observances

Those of us who hold no supernatural belief still require regular, ritualized encounters with concepts such as friendship, community, and grattitude.

Personal development is enhanced by community development and realization of Humanist aspirations through weekly meetings.

C. Required Occasional Observances

Occasionally Humanists join in celebrations marking the major transitions in life, such as birth, coming of age, marriage, and death. There are several organizations that exist to help people celebrate their lives humanistically.

D. Religious Holy Days

Humanists may choose to celebrate the holidays of their culture in ways that are consistent with their humanistic beliefs.

For example, the traditional story of Jesus can be told as a myth, like any in a book of ancient Greek tales of Gods and mortals. Presents can be exchanged, including the recent tradition of choosing charitable gifts in honor of family and friends. A "Tree of Knowledge" can be set up, elaborately decorated with humanist symbolism.

Humanists look past the mythological trappings and greeting-card commercialism and think about why people would have needed to create such a holiday in the first place, and then celebrate that.

There are a few holidays Humanists have invented themselves, most significantly Darwin Day, which is now celebrated in thousands of places around the world each year on February 12, Darwin's birthday, as a global celebration of science and humanity. HumanLight is an explicitly humanist alternative

page 17

New or Unfamiliar Religious Components Questionnaire

to the solstice holidays which incorporates some similar
traditions of those holidays such as gift giving and creative
banquets.

4. Religious Items

   A. Personal Religious Items

   Humanists consider items of personal symbolic value religious
   items. Wedding rings qualify as relgous items in this respect.
   Humanists are not required to display any such item. Some
   Humanists may choose to wear the traditional clothing of the
   religious group they were raised, in order to embrace their
   ethnicity and nonsupernatural aspects of their cultural
   traditions.

   B. Congregate Religious Items

   The Humanist congregation have no shared religious items that
   are required to be present whence the congregation meets.

5. Medical Prohibitions

   Humanists consider medical decisions to be best determined by the
   cooperation of an informed individual and their physician. There
   are no medical prohibitions for Humanists in general.

6. Dietary Standards

   Choices of what and how an individual eats are that individual's
   to make on his or her own. Humanists believe in joyful living,
   and this includes experiencing the many varieties of food available.

7. Burial Rituals

   For Humanists there are no specific prescribed rituals to be per-
   formed upon death. The Humanist's remains should be interred in
   whatever manner the individual made known before death. In lieu
   of directions left by the deceased, it is permissible for the
   remains to be handled in whatever manner desired by the next of
   kin.

   A Humanist's funeral is a time to recall the significance of the
   life that has ended, to share stories and memories, meaningful
   readings and songs, and to express love in the form of laughter
   and tears, hugs and just being present.

8. Literature

   A. Sacred Writings

   Humanists view the accumulative contribution of all of mankind
   to literature, the arts, and science as sacred.

   Humanism adopts the sound principles of other religions and
   philosophies. Thus, although it regards the supernatural
   aspects of Christianity as poetic myth, it incorporates much
   of the Judeo-Christian ethic as set forth in the Old and New
   Testaments.

New or Unfamiliar Religious Components Questionnaire

B. Periodicals

The American Humanist Association publishes a magazine called
The Humanist.

Free Inquiry is published by the Council for Secular Humanism.

Freethought Today is a publication put out by the Freedom From
Religion Foundation.

C. Resource Material

Dewey, John.  A Common Faith
Santayana, George.  The Life of Reason
Lamont, Corliss.  The Philosophy of Humanism
Kurtz, Paul.  Forbidden Fruit: The Ethics of Humanism
Epstein, Greg M.  Good Without God
de Botton, Alain.  Religion for Atheists

9. Organizational Structure

A. Location of Headquarters

The American Humanist Association is representative of the
interests of Humanists in the United States.

American Humanist Association
1777 T Street, NW
Washington, DC 20009-7125

B. Minister of Record

Arthur Jackson, Humanist Minister
President, Humanist Community of Silicon Valley
3032 Warm Springs Drive
San Jose, CA 95127-1875
(408)923-3774
arthurjackson@covad.net

C. Contact Office/Person

Sadie Leigh Rothman
Executive Assistant and Grassroots Coordinator
American Humanist Association
1777 T Street, NW
Washington, DC 20009
Tel: 202-238-9088
Fax: 202-238-9003
www.americanhumanist.org

10. Equity Question

The Code of Federal Regulations Rule §548.15, states, "no one may
disparage the religious beliefs of an inmate, nor coerce or harass
an inmate to change religious affiliation.  Attendance at all
religious activities is voluntary and unless otherwise specifically
determined by the warden, open to all."  Does your religion endorse,
practice or use language that will support violence, terrorism,
discriminate against other inmates or exclude other inmates from

Attachment page 5 of 6

New or Unfamiliar Religious Components Questionnaire

religious services based on race, color, religion, gender, or national origin?

_____ Yes        ___✕___ No

Submitted by:__Jason M. Holden__

Register Number:__34169-086__

Attachment page 6 of 6



# Humanism and Its Aspirations

## Humanist Manifesto III

The following document, *Humanism and Its Aspirations*, provides a simple and direct summary of humanism. But it isn't a binding creed or list of "commandments." Rather, it is an affirmation of the underlying principles of humanism and an exploration of humanist ideals.

From this beginning the ideas can be built upon and used to form a basis for thinking on a variety of issues. For example, the commitment to "treating each person as having inherent worth and dignity" leads to greater inclusiveness, turning "them" into "us" until differences in gender, ethnicity, nationality, class, sexual orientation, and other factors matter less and less. And although humanism starts with human beings as the source of human values, it extends to the global ecosystem and beyond. Humanists care about protecting the natural environment, preserving wildlife, reversing or reducing the effects of pollution, and developing cleaner technologies.

Similarly, one could take the statement that "Knowledge of the world is derived by observation, experimentation, and rational analysis" and recognize that something is also being said about where knowledge doesn't come from.

Humanists don't turn to any gods, faith, dogma, religious experience, mystical intuition, *a priori* truth, or ancient authority in order to find things out about the world or decide what to do. No matter their source, if ideas are to be recognized as knowledge and taken as grounds for action, they need to be tested by practical experience and rational analysis.

*Humanism and Its Aspirations* is subtitled *Humanist Manifesto III* for historical reasons. The first Humanist Manifesto was issued in 1933 and the second in 1973. Both set forth basic principles and applied them to the issues of their time. In 2003 those two documents were replaced by this third in order to take into account changes in the evolving philosophy of humanism that resulted from changes in conditions and a continuous expansion of human knowledge.

---

## Humanism and Its Aspirations

### Humanist Manifesto III, a successor to the Humanist Manifesto of 1933*

Humanism is a progressive philosophy of life that, without supernaturalism, affirms our ability and responsibility to lead ethical lives of personal fulfillment that aspire to the greater good of humanity.

The lifestance of Humanism—guided by reason, inspired by compassion, and informed by experience—encourages us to live life well and fully. It evolved through the ages and continues to develop through the efforts of thoughtful people who recognize that values and ideals, however carefully wrought, are subject to change as our knowledge and understanding advance.

This document is part of an ongoing effort to manifest in clear and positive terms the conceptual boundaries of Humanism, not what we must believe but a consensus of what we do believe. It is in this sense that we affirm the following:

**Knowledge of the world is derived by observation, experimentation, and rational analysis.** Humanists find that science is the best method for determining this knowledge as well as for solving problems and developing beneficial technologies. We also recognize the value of new departures in thought, the arts, and inner experience—each subject to analysis by critical intelligence.

**Humans are an integral part of nature, the result of unguided evolutionary change.** Humanists recognize nature as self-existing. We accept our life as all and enough, distinguishing things as they are from things as we might wish or imagine them to be. We welcome the challenges of the future, and are drawn to and undaunted by the yet to be known.

**Ethical values are derived from human need and interest as tested by experience.** Humanists ground values in human welfare shaped by human circumstances, interests, and concerns and extended to the global ecosystem and beyond. We are committed to treating each person as having inherent worth and dignity, and to making informed choices in a context of freedom consonant with responsibility.

Life's fulfillment emerges from individual participation in the service of humane ideals. We aim for our fullest possible development and animate our lives with a deep sense of purpose, finding wonder and awe in the joys and beauties of human existence, its challenges and tragedies, and even in the inevitability and finality of death. Humanists rely on the rich heritage of human culture and the lifestance of Humanism to provide comfort in times of want and encouragement in times of plenty.

**Humans are social by nature and find meaning in relationships.** Humanists long for and strive toward a world of mutual care and concern, free of cruelty and its consequences, where differences are resolved cooperatively without resorting to violence. The joining of individuality with interdependence enriches our lives, encourages us to enrich the lives of others, and inspires hope of attaining peace, justice, and opportunity for all.

**Working to benefit society maximizes individual happiness.** Progressive cultures have worked to free humanity from the brutalities of mere survival and to reduce suffering, improve society, and develop global community. We seek to minimize the inequities of circumstance and ability, and we support a just distribution of nature's resources and the fruits of human effort so that as many as possible can enjoy a good life.

Humanists are concerned for the well being of all, are committed to diversity, and respect those of differing yet humane views. We work to uphold the equal enjoyment of human rights and civil liberties in an open, secular society and maintain that it is a civic duty to participate in the democratic process and a planetary duty to protect nature's integrity, diversity, and beauty in a secure, sustainable manner.

Thus engaged in the flow of life, we aspire to this vision with the informed conviction that humanity has the ability to progress toward its highest ideals. The responsibility for our lives and the kind of world in which we live is ours and ours alone.

* Humanist Manifesto™ & is a trademark of the American Humanist Association.—2003 American Humanist Association

American Humanist Association 1777 T Street NW Washington, DC 20009-7125 800.837.3792 www.americanhumanist.org

# Exhibit 10

SUBJECT:    **BP-8 response for inmate Holden, Jason #34169-086**
FROM:    **S. Brooks, Correctional Counselor**

**I am addressing your BP-8 (request for informal resolution).    Advice to inmate regarding complaint (include Program Statement number if applicable):**

**Conclusion:**    Per correspondence with Chaplain Kowalczyk this is in response to your Attempt at Informal Resolution (BP8) dated March 4, 2013.

After review of the New or Unfamiliar Religious Components Questionnaire it was determined that the purpose of the Humanists is to conduct an individual, non-theistic, secular and naturalistic approach to philosophy while focusing on personal humanistic ideas, developments and resolutions.   The stated needs and purposes are more philosophical and educational in nature than religious.   These purposes can be met more effectively outside of the Religious Services Department.

S. Brooks, 4A, CCC

page 21

# Exhibit 11

**Part B-RESPONSE**

**REQUEST FOR ADMINISTRATIVE REMEDY**
**SHE-725733-F1**

This is in response to your Request for Administrative Remedy received on March 11, 2013.  As relief, you request that Religious Services allow Humanist inmates to meet as a group and make available "Humanist" as a religious assignment.

The Bureau of Prisons provides inmates of all faith groups with reasonable and equitable opportunities to pursue religious beliefs and practices, within the constraints of budgetary limitations and consistent with the security and orderly running of the institution and the Bureau of Prisons.

It was determined through the information you provided on the New or Unfamiliar Religious Components Questionnaire (BP-822), and through consultation with Chaplaincy Services in the Central Office, that the purpose of the Humanists is to conduct an individual, non-theistic, secular and naturalistic approach to philosophy while focusing on personal humanistic ideas, developments and resolutions.  The stated needs and purposes are more philosophical and educational in nature than religious.  With this determination, you are already being accommodated as an individual practitioner.

Further, a designation of "Atheist" already exists to encompass the Humanist point of view.  In addition, there is a "No Preference" category and an "Other" category to appropriately cover any other aspect not represented in the recognized list of assignments.

Therefore, your Request for Administrative Remedy is for informational purposes only.  If dissatisfied with this response, you may appeal to the Western Regional Director, 7338 Shoreline Drive, Stockton, CA 95219.  Your appeal must be received in the Western Regional Director's office within 20 calendar days of the date of this response.

3-14-13
_____
Date

_____
Marion Feather, Warden